Form 3 (10/05)

# United States Bankruptcy Court
District Of ____Illinois____

In re __MEEGAN_____,
Debtor

Case No. _07-72502_

Chapter _13_

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ _274.00_ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ _68.50_ Check one ☐ With the filing of the petition, or
                     ☒ On or before _NOV 17, 07_

   $ _68.50_ on or before _DEC 17, 07_

   $ _68.50_ on or before _Jan 17, 08_

   $ _68.50_ on or before _Feb 17, 08_

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____    _____    [signature]    _10/16/07_
Signature of Attorney           Date        Signature of Debtor    Date
                                            (In a joint case, both spouses must sign.)

_____                [signature]    _10/16/07_
Name of Attorney                            Signature of Joint Debtor (if any)    Date

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

OCT 1 6 2007

KENNETH S. GARDNER, CLERK
BY_____
    DEPUTY CLERK

Form-3A Cont'd.
(10/05)

# United States Bankruptcy Court
## District Of _____Illinois_____

In re __MEEGAN_____,
          Debtor

Case No. __07 72502__

Chapter __13__

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ 68.50  Check one ☐ With the filing of the petition, or
               ☒ On or before Nov 17, 07

$ 68.50  on or before Dec 17, 07

$ 68.50  on or before Jan 17, 08

$ 68.50  on or before Feb 17, 08

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

October 16, 2007
Date

BY THE COURT

KENNETH S. GARDNER
Clerk of the U.S. Bankruptcy Court

_____
United States Bankruptcy Judge